UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DDD PARTNERSHIP,<br>Plaintiff,<br>v.<br>HADRON SPECIALTY INSURANCE COMPANY and SPINNAKER INSURANCE COMPANY,<br>Defendants. | No. 2:26-cv-02951 AC<br><br><u>ORDER</u> |

This action was removed from state court on September 1, 2026, by defendant Hadron Specialty Insurance Company, and removal was subsequently joined by defendant Spinnaker Insurance Company. ECF Nos. 1, 6. Hadron filed a motion to dismiss on September 8, 2026. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was September 22, 2026. Plaintiff did not file an opposition or statement of non-opposition and has not taken any action in this case since removal. The court is concerned that plaintiff has abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of October 21, 2026, is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that

this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: September 23, 2026

.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE